# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| KAY SIEBLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-06152-CV-SJ-GAF |
| | ) |
| MISSOURI WESTERN STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER TO SHOW CAUSE

On February 8, 2022, the Court granted Plaintiff Kay Siebler's ("Plaintiff") unopposed motion for leave to file a second amended complaint and ordered that Plaintiff file the second amended complaint within five days of the order. (Doc. # 18). To date, Plaintiff has not filed her second amended complaint. (*Id.*).

Accordingly, it is ORDERED that Plaintiff show cause, on or before February 21, 2022, why the above-captioned case should not be dismissed for failure to comply with the Court's Order dated February 8, 2022 <u>or</u> file her second amended complaint. Failure to do so will result in dismissal of Plaintiff's case in its entirety, which will operate as an adjudication on the merits under Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED: February 16, 2022